# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
## __MACON__ DIVISION

| | |
|---|---|
| Reginald Middlebrooks <br> _____ <br> (Print your full name) <br><br> Plaintiff *pro se*, <br><br> v. <br><br> Swift Transportation Company <br> _____ <br> 2200 South 75th Ave <br> Phoenix AZ 85043 <br> _____ <br><br> _____ <br> (Print full name of each defendant; an employer is usually the defendant) <br><br> Defendant(s). | CIVIL ACTION FILE NO. <br><br> 5:22-CV-165-MTT <br> _____ <br> (to be assigned by Clerk) |

## ***PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM**

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    __X__   Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE:** To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

___   Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

**NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

___   Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

**NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

___   Other (describe) _____

_____

_____

_____

_____

2.  This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

Name: Reginald Middlebrooks

Address: 158 Old Colony Farm Rd

Milledgeville, GA 31061

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

Name: Swift Transportation

Address: 2200 S. 75th Ave.

Phoenix AZ 85043

Name:

Address:

Name:

Address:

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

Non-specific location- Commercial Driver

6. When did the alleged discrimination occur? (State date or time period)

Active employment 08/13/21-10/26/22

ADA Leave 10/26/21-02/25/22

JSL Leave 02/25/22-Present

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   __X__ Yes   _____ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    __X__ Yes   _____ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter:

9. If you are suing for **age discrimination**, check one of the following:

    _____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    _____ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_\_ Yes   \_\_\_\_\_ No   \_\_\_\_\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____

   _____

   _____

   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_\_ Yes   \_\_\_\_\_ No   \_\_X\_\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____

   _____

   _____

   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

   |      |                                                                  |
   |------|------------------------------------------------------------------|
   | ___  | failure to hire me                                               |
   | ___  | failure to promote me                                            |
   | ___  | demotion                                                         |
   | ___  | reduction in my wages                                            |
   | ___  | working under terms and conditions of employment that differed from similarly situated employees |
   | X    | harassment                                                       |
   | X    | retaliation                                                      |
   | ___  | termination of my employment                                     |
   | X    | failure to accommodate my disability                             |
   | X    | other (please specify) _Restricting unemployment benefits_       |

13. I believe that I was discriminated against because of (check only those that apply):

   |      |                                                                  |
   |------|------------------------------------------------------------------|
   | ___  | my race or color, which is _____        |
   | ___  | my religion, which is _____        |
   | ___  | my sex (gender), which is  ___ male   ___ female                 |
   | ___  | my national origin, which is _____        |
   | ___  | my age (my date of birth is _____)        |
   | ___  | my disability or perceived disability, which is: _____ |
   | ___  | my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation |
   | X    | other (please specify) _Uncertain why the discriminate conduct was exhibited but believe it may be an act of retaliation._ |

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Document attached

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff __X__ still works for defendant(s)
    _____ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   __X__ Yes   _____ No

    If you checked "Yes," please explain: _____
    Plaintiff (Middlebrooks) was told he "did not meet the definition of "qualified".

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial?   _____ Yes   __X__ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

__X__  Defendant(s) be directed to _____
       Swift Transportation

__X__  Money damages (list amounts) _____
       backpay-36000   frontpay-36000   Pain and suffering- 50000   Punitive- 80000

__X__  Costs and fees involved in litigating this case

__X__  Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this __03__ day of __May__, 20__2022__

_Reginald Middlebrooks_
(Signature of plaintiff *pro se*)

Reginald Middlebrooks
(Printed name of plaintiff *pro se*)

158 Old Colony Farm Rd.
(street address)

Milledgeville GA 31061
(City, State, and zip code)

middlebrooksr72@gmail.com
(email address)

478-443-0822 cell
(telephone number)